FILED
CLERK, U.S. DISTRICT COURT
7/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:22-cr-00339-SPG |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2113(b): Theft of Bank Property] |
| AARON MARCUS JOHNSON, SR., and TERRANCE CLEON PEARSON, SR., | |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. §§ 2113(b), 2(a)]

On or about November 4, 2021, in Los Angeles County, within the Central District of California, defendants AARON MARCUS JOHNSON, SR. and TERRANCE CLEON PEARSON, SR., each aiding and abetting the other, took and carried away, with the intent to steal and purloin, property, money, and things of value exceeding $1,000, namely, an Automatic Telling Machine located at 9403 Artesia Boulevard, Bellflower, California, and approximately $78,080 contained inside, belonging to and in the care, custody, management, and possession of

//

1  U.S. Bank, a bank the deposits of which were then insured by the
2  Federal Deposit Insurance Corporation.

                                          A TRUE BILL

                                          _____/S/_____
                                          Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime
Section

KEVIN J. BUTLER
Assistant United States Attorney
Violent & Organized Crime
Section